JOHN C. BOSTELMANN, JR., Appellant, v. SIDNEY J. RHEINSTEIN, Respondent

Argued April 13, 1945; decided May 24, 1945.

*W. Earle Costello* for appellant.

*Joseph Feinstein, Harold Davis* and *Henry Breckinridge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.